AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**AMBER LEA BUTLER**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-05-00058

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 4th FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | COURTROOM |
| Before: Honorable Frances M. Tydingco-Gatewood, Designated Judge | Date and Time<br>Friday, July 29, 2005 at 11:00 a.m. |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __641__

Brief description of offense:

**THEFT OF GOVERNMENT PROPERTY [ COUNTS I AND II ]**

LEILANI R. TOVES HERNANDEZ, DEPUTY CLERK
Name and Title of Issuing Officer

/s/ Hernandez
Signature of Issuing Officer

JULY 27, 2005
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 7-28-05 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: HAGATNA, GUAM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7-29-05
           Date

JOAQUIN L.G. SALAS
Name of United States Marshal

S/DUSM Franklin J. Fontigue
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.