FILED
DISTRICT COURT OF GUAM
JUL 29 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>**AMBER LEA BUTLER,**<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 05-00058<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to July 27, 2005.

Dated this 29th day of July, 2005.

FRANCES M. TYDINGCO-GATEWOOD, Designated Judge
DISTRICT COURT OF GUAM