JOHN T. GORMAN
Federal Public Defender
KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
AMBER LEA BUTLER

**FILED**
DISTRICT COURT OF GUAM
AUG - 4 2005 ap
**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00058 |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER RE: STIPULATION |
| | ) | REGARDING TRIAL DATE AND |
| vs. | ) | EXCLUDABLE TIME PERIODS UNDER SPEEDY |
| | ) | TRIAL ACT |
| | ) | |
| AMBER LEA BUTLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

[PROPOSED] ORDER

The period commencing July 31, 2005 through August 30, 2005, inclusive, shall be

excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).  Trial shall commence on October 19, 2005.

Pretrial motions shall be filed by _Oct. 4, 2005_ ~~and heard on~~ _KRW_ .

The Court finds the ends of justice are served by continuing the case
as requested and outweigh  the interest of the public and the defendant in a
trial within the original date prescribed by the Speedy Trial Act.

**RECEIVED** 8/4/05
AUG - 2 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Dated 8/4/05

_____
CONSUELO B. MARSHALL
Designated District Judge
District Court of Guam