IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
OCT 1 9 2005
**MARY L.M. MORAN
CLERK OF COURT**

**CASE NO. CR-05-00058**     **DATE: 10/19/2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles    Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 9:12:13 - 9:29:44**    CSO: N. Edrosa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: AMBER LEA BUTLER**     **ATTY: KIM SAVO**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK     AGENT:

U.S. PROBATION: JOHN SAN NICOLAS     U.S. MARSHAL:

INTERPRETER: _____ ( ) SWORN    LANGUAGE: _____

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: **24**    HIGH SCHOOL COMPLETED: **COLLEGE**
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: **THEFT OF GOVERNMENT PROPERTY**
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: **OCTOBER 18, 2005**   PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: **FEBRUARY 6, 2006** at **10:30 A.M.** ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT DUE TO PARTIES: **DECEMBER 12, 2005**    LODGE WITH COURT: **JANUARY 20, 2006**
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY \_ GOV'T \_ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

**Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. The Court executed the Report and Recommendation Concerning Plea of Guilty.**