
ORIGINAL

FILED
DISTRICT COURT OF GUAM

DEC 1 4 2005 ⁊ρ

MARY L.M. MORAN
CLERK OF COURT

1  amberbutlerpsr

2  LEONARDO M. RAPADAS
   United States Attorney
3  JOSEPH TOCK
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza.
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

8           IN THE UNITED STATES DISTRICT COURT

9              FOR THE TERRITORY OF GUAM

10
                                    CRIMINAL ᵗᶜ
11  UNITED STATES OF AMERICA,       ) M̶A̶G̶I̶S̶T̶R̶A̶T̶E̶ CASE NO. 05-00058
                                    )
12                Plaintiff,        )
                                    )
13        vs.                       )   **GOVERNMENT'S STATEMENT**
                                    )   **ADOPTING FINDINGS OF**
14  AMBER LEA BUTLER,               )   **PRESENTENCE REPORT**
                                    )
15                Defendant.        )
    _____)

16

17       Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the

18  United States hereby adopts the findings of the Presentence Report for the above defendant.

19       Respectfully submitted this 14th day of December 2005.

20                              LEONARDO M. RAPADAS
                                United States Attorney
21                              Districts of Guam and NMI

22

23                       By:    _____ for J.T.
                                JOSEPH TOCK
24                              Special Assistant U.S. Attorney

25

26

27

28