# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____GUAM_____

| United States of America | NOTICE |
|---|---|
| V. | |
| **AMBER LEA BUTLER** | CASE NUMBER: CR-05-00058 |

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

| TYPE OF PROCEEDING |
|---|
| SENTENCING |

**FILED**
DISTRICT COURT OF GUAM
JAN 2 5 2006
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue | Monday, February 6, 2006 at 10:30 a.m. | Tuesday, February 7, 2006 at 10:00 a.m. |

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_/s/ Hernandez_
(BY) DEPUTY CLERK

**January 25, 2006**
DATE

TO: U.S. Attorney's Office
Federal Public Defender
U.S. Probation Office
U.S. Marshal Service