UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
MAY 26 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AMBER LEA BUTLER<br>Defendant. | CRIMINAL CASE NO. 05-00058-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Specialist Carmen D. O'Mallan, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this 23rd day of May 2006.

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

### ORDER

On the application of U.S. Probation Officer Specialist Carmen D. O'Mallan, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Amber Lea Butler.

Dated this 26th day of May 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

RECEIVED
MAY 23 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL