PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

_District of Guam_



FILED
DISTRICT COURT OF GUAM
FEB 16 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

AMBER LEA BUTLER

CRIMINAL CASE NO. 05-00058-001

It appearing that the above named has complied with the conditions of probation release imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **February 6, 2007**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Joseph Tock, AUSA
 Federal Public Defender
 File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 16th day of February 2007.

_____
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

RECEIVED
FEB 15 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

Case 1:05-cr-00058  Document 25  Filed 02/16/2007  Page 1 of 1